UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

MINDEN PICTURES

                                Plaintiff,        23   Civ. 01778   (PAC)

      - against -                  **DEFAULT JUDGMENT**

BEE SPIDER FREE, LLC

                               Defendant.
---------------------------------x

       This action having been commenced on March 1, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s), Bee Spider Free, LLC, on April 4, 2023 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on Ken Fasce, and a proof of service having been filed on April 13, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 7,500.00 with interest at 5% from *June 13, 2023* amounting to $ 7,500 plus costs and disbursements of this action in the amount of $____.00 amounting in all to $ 7,500.00.

Dated: New York, New York
       June 13, 2023

                                                                         U.S.D.J.